IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLARENCE D. JOHNSON, JR.,

                Plaintiff,

  v.                                          Case No.  20-cv-77-wmc

HERNICO SHERRIFF'S POLICE DEPT.,
DENVER SHERRIFF'S POLICE DEPT.,
LANCE WATSON, DALE OSHEILDS
and MELVIN WHITLEY,

                Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice this case for lack of subject matter jurisdiction.

| /s/ | 11/18/20 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |